UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELYNDA ULRICH, | : Civil Action No. 3:07-00008 (FLW/JJH) |
| Plaintiff, | : |
| v. | : STIPULATED ORDER OF |
| | : DISMISSAL WITH PREJUDICE AND |
| SCHACHTER & PORTNOY, LLC, | : WITHOUT COSTS AND/OR |
| | : **ATTORNEYS' FEES TO ANY PARTY** |
| Defendant. | : |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Melynda Ulrich ("plaintiff") and defendant Schachter Portnoy, LLC ("defendant") that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the within action shall be, and the same hereby is, dismissed in its entirety as to defendant, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

SO ORDERED this 31st day of March, 2008.

_____
HONORABLE FREDA L. WOLFSON, U.S.D.J.

The parties, by their undersigned counsel, agree to the form and entry of this Order.

KARPF, KARPF & VIRANT
3070 Bristol Pike, Building 2, Suite 231
Bensalem, Pennsylvania 19020
Attorneys for Plaintiff

By: _____
ARI R. KARPF, ESQ.

Dated: February 25, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
33 Washington Street
Newark, New Jersey 07102
Attorneys for Defendant

By: _____
KEVIN C. DONOVAN, ESQ.

Dated: February 28, 2008

693660.1